UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| INFORMD, LLC | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 13-533-JJB-SCR |
| | * | |
| DOCRX, INC. AND BRIAN WARD | * | |

## EX PARTE MOTION REQUESTING EXTENSION OF TIME TO RESPOND TO THREE MOTIONS FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come defendants, DocRX, Inc. and Brian Ward (collectively, the "DocRX Parties"), who seek an extension of time pursuant to Local Rule 7(e):

1.

On April 1, 2016, InforMD, LLC ("InforMD"), Mickey Guidry ("Guidry"), Jesse Daigle ("Daigle"), Scott Ray ("Ray") and Rick Massengale ("Massengale") (sometimes collectively referred to as the "InforMD Parties") filed a Rule 56 Motion for Partial Summary Judgment Regarding the Mutual Non-Solicitation Provision (the "First Motion for Summary Judgment"). [Doc. 160] Also on April 1, 2016, the InforMD Parties filed a Rule 56 Motion for Partial Summary Judgment Regarding Contract Interpretation (the "Second Motion for Summary Judgment"). [Doc. 162]

2.

On April 4, 2016, Guidry, Daigle, Ray and Massengale filed a Rule 56 Motion for Partial Summary Judgment Regarding Their Personal Liability (the "Third Motion for Summary Judgment"). [Doc. 169] (The First, Second and Third Motion for Summary Judgment are collectively referred to as the "Motions for Summary Judgment").

1

3.

Under Local Rule 7(f), the DocRX Parties' responses to the First Motion for Summary Judgment and the Second Motion for Summary Judgment are due by April 22, 2016. Under Local Rule 7(f), the DocRX Parties' response to the Third Motion for Summary Judgment is due by April 25, 2016.

4.

The three Motion for Summary Judgments, including the supporting memorandum and exhibits, total approximately two hundred and sixty (260) pages.

5.

In addition to responding to the Motions for Summary Judgment, pursuant to Magistrate Judge Erin Wilder-Doomes' Status Conference Report and Order dated April 1, 2016, the DocRX Parties must provide the Court with supplemental briefing on three outstanding discovery issues by April 11, 2016, and participate in seven depositions to be completed by May 16, 2016.

6.

Counsel for the DocRX Parties therefore need and request an extension of time within which to prepare their response to each of the Motions for Summary Judgment.

7.

Accordingly, pursuant to Local Rule 7(e), the DocRX Parties seek (i) a twenty-one day extension of time, through May 13, 2016, to respond to the First and Second Motions for Summary Judgment; and (ii) a twenty-one day extension of time to, through May 16, 2016, to respond to the Third Motion for Summary Judgment.

8.

Undersigned counsel certifies that counsel for the InforMD Parties has been contacted and the InforMD Parties do not oppose the relief sought in this motion.

**WHEREFORE**, DocRX, Inc. and Brian Ward pray that this Motion be granted and they be granted an extension of time, through May 13, 2016, within which to respond to the InforMD Parties' Rule 56 Motion for Partial Summary Judgment Regarding Contract Interpretation and the InforMD Parties' Rule 56 Motion for Partial Summary Judgment Regarding the Mutual Non-Solicitation Provision; and an extension of time, through May 16, 2016, to respond to the Rule 56 Motion for Partial Summary Judgment Regarding The Personal Liability of Guidry, Daigle, Ray and Massengale.

By Attorneys:

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703
Facsimile: (225) 343-0630

By: /s Richard F. Zimmerman, Jr.
    Richard F. Zimmerman, Jr. (#13800)
    Julie M. McCall (#29992)
Attorneys for Defendants DocRX, Inc. and Brian Ward

UNGLESBY LAW FIRM
Lewis O. Unglesby
246 Napoleon St.
Baton Rouge, LA 70802
225-387-0120
Email: lisa@unglesbylaw.com
Attorneys for Defendants DocRX, Inc. and Brian Ward

MCDOWELL KNIGHT ROEDDER & SLEDGE, LLC
Richard M. Gaal
P.O. Box 350
Mobile, AL 36601
Attorneys for Defendants DocRX, Inc. and Brian Ward

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2016, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Richard F. Zimmerman, Jr.
Richard F. Zimmerman, Jr.